**Joann L. BERGET; Ward Arvidson; Wynn Arvidson, Appellants,**

v.

**CITY OF EAGAN; City of Inver Grove Heights; Det. Paul Maier; Det. Corey Thomas; Det. Brian Gunderson; Det. Doug Matteson; Det. Heather Berens;**

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the

**Sgt. Tom Schoenecker; Officer Koenke; Kathleen Gilbertson; Officer Rezny; Deputy Chief Jeff Johnson, Appellees.**

No. 10–1748.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 16, 2010.

Filed: Aug. 19, 2010.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Joann Berget, Wynn Arvidson, and Ward Arvidson appeal the district court's [1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. After careful de novo review, viewing the evidence and all fair inferences from it in the light most favorable to appellants, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny appellees' motion to strike portions of appellants' appendix.